FILED

July 18, 2018

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                                    )
        Plaintiff,                           )
                                                    )
v.                                                  )
                                                    )
RAYMOND SU,                                         )
                                                    )
        Defendant.                          )

Case No. 2:18MJ00134-AC-1

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  RAYMOND SU , Case No.  2:18MJ00134-

AC-1 , Charge  18USC § 1708 , from custody subject to the conditions contained in the attached

"Notice to Defendant Being Released" and for the following reasons:

        __      Release on Personal Recognizance

        __      Bail Posted in the Sum of $_____

               __    Unsecured Appearance Bond $_____

               __    Appearance Bond with 10% Deposit

               __    Appearance Bond with Surety

               __    Corporate Surety Bail Bond

               ✔    (Other)       _Pretrial conditions as stated on the record._

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 18, 2018  at  2:00 pm  .

By  /s/ Allison Claire/s/ Allison Claire
          Allison Claire
          United States Magistrate Judge

Copy 2 - Court