LINDA M. PARISI, SBN# 84247
Attorney at Law
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888

Attorneys for Defendant
RAYMOND SU

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-149 JAM |
| | ) | |
| Plaintiff, | ) | WAIVER OF PERSONAL APPEARANCE; |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| RAYMOND SU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, RAYMOND SU, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix the defendant's absence.

/ / /

*Waiver of Personal Appearance*

1        The defendant further acknowledges being informed of the rights under Title 18 U.S.C.

2 §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates

3 under that Act without the defendant's personal presence.

4        The original signed copy of this waiver is being preserved by the attorney undersigned.

5

6 Dated: July 16, 2019

7

8                                 */ s /   R A Y M O N D   S U*
RAYMOND SU
(Original signature retained by attorney)

9

10        I agree and consent to my Client's waiver of appearance.

11 Dated: July 16, 2019

*/s/ Linda Parisi*
LINDA PARISI
Attorney at Law
Attorney for Defendant
RAYMOND SU

14

15        IT IS SO ORDERED.

16 Dated: July 16, 2019                      /s/ John A. Mendez_____

17                                 HON. JOHN A. MENDEZ
United States District Court Judge

*Waiver of Personal Appearance*